# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daimeon Mosley,<br><br>    Plaintiff,<br><br>v.<br><br>Smith's Food & Drug Centers Incorporated,<br><br>    Defendant. | No. CV-20-01943-PHX-DLR<br><br>**ORDER** |

The Court has been advised that this case has settled. (Doc. 25.)

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed within **30 days** of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** that any pending hearings are vacated.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **November 29, 2021**, without further leave of Court.

Dated this 25th day of October, 2021.

Douglas L. Rayes
United States District Judge